PONSELL *v.* BAXTER, sheriff.

GILBERT, J. Where a defendant in fi. fa. seeks to enjoin the sheriff from selling property levied upon thereunder, without making the plaintiff in fi. fa. a party to the suit, it is not error to refuse the injunction. No substantial relief is prayed for against the sheriff. *Dade Coal Co.*

v. *Anderson,* 103 *Ga.* 809 (30 S. E. 640); *Smith* v. *Woolard,* 147 *Ga.* 58, 60 (92 S. E. 867).

*Judgment affirmed. All the Justices concur.*

No. 1908. NOVEMBER 11, 1920.

Petition for injunction. Before Judge Sheppard. Liberty superior court. January 3, 1920.

*S. B. Brewton* and *Edwin A. Cohen,* for plaintiff.

*Darsey & Mills,* for defendant.